# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Esteban CHOC-Sandir | Case Number:<br>DR:25-M -05159(1) |

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  **(1) Esteban CHOC-Sandir**
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description)

*On November 13, 2025, defendant Esteban CHOC-Sandir, a Guatemalan citizen, was arrested near Eagle Pass, Texas, within the Western District of Texas, for conspiring to transport two illegal aliens further into the United States. While responding to a camera activation, Agents noticed a white Ford Taurus driving in a suspicious manner near the camera activation. Agents conducted a vehicle stop and conducted an immigration inspection of CHOC and determined he was illegally present in the US. Agents subsequently apprehended 2 illegal aliens near the camera activation where they first encountered CHOC. Post Miranda, the defendant admitted to conspiring with another to pick up 2 illegal aliens near the camera activation. He stated he was going to attempt to drive around the checkpoint and was going to get paid $4000.00 USD.*

in violation of Title  **8**  United States Code, Section(s)  **1324(a)(1)(A)(v)(I)**

| | |
|---|---|
| MATTHEW H. WATTERS | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | November, 17, 2025 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $  **DETAIN**   by   MATTHEW H. WATTERS
                                                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas.

| Date Received<br>November 17, 2025 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>November 13, 2025 | KAUTENBERGER, SHANE<br>Border Patrol Agent | /s/ KAUTENBERGER, SHANE |